**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-01783-WJM

RUBEN JESSIE HERNANDEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Decision of the Administrative Law Judge, entered by the Honorable William J. Martínez, United States District Judge, on June 27, 2013,

    IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED.


    DATED at Denver, Colorado this  27th  day of June, 2013.

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk